JONES, Circuit Judge,
concurring:
I concur in this good opinion and write only to emphasize the panel’s admonition that this case ought to be terminated expeditiously and at minimum cost to the -defendants. Testimony in the record implies *1068 that Pineda may have filed this suit for a tiny sum partly to retaliate after the apartment manager reported his possible child abuse to law enforcement. The record also demonstrates unacceptable hardball tactics by. plaintiffs counsel, including the ex parte freezing of the defendant’s bank accounts. Even, worse, this and other tactics seem to reflect counsel’s standard operating procedure to maximize recovery for minimum FLSA violations. Federal courts must be vigilant to prevent procedural abuses.